710 A.2d 1139

**HERAEUS ELECTRO NITE COMPANY and State Workmens' Insurance Fund**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (DOLORES ULRICH)**

**Petition of HERAEUS ELECTRO NITE COMPANY**

Supreme Court of Pennsylvania.

June 4, 1998.

Timothy F. Coffey, Nancy J. Pease, Philadelphia, for petitioner.

## ORDER

PER CURIAM

AND NOW, this 4th day of June, 1998, the Petition for Allowance of Appeal is GRANTED LIMITED to whether an insurer must be served with a claim petition Before the fifteen day answer period begins to run. This case is to be orally argued.